UNITED STATES PRETRIAL SERVICES AGENCY
Eastern District of New York

# MEMORANDUM

RECEIVED
In Chambers of
U.S. District Judge
SANDRA L. TOWNES
DEC 20 2007

DIF

**DATE:** December 20, 2007

**TO:** Honorable Sandra Townes
U.S. District Judge

**RE:** Donato DiCamillo
06 CR 806
Violation of Release Conditions

The above referenced defendant was arrested on December 12, 2006 and charged with Racketeering Conspiracy. The defendant appeared before U.S. Magistrate Judge Steven M. Gold for his initial appearance and was detained pending a detention hearing. On January 8, 2007, U.S. Magistrate Judge Bloom released the defendant on a $1 million bond secured by properties and co-signed by sureties. In addition, the following release conditions were imposed:
- no contact with co-defendants except in presence of counsel
- surrender all travel documents and do not apply for a new passport
- random home/employment visits
- report to Pretrial Services as directed
- home detention with electronic monitoring except allowed time out for court appearances, attorney visits, and medical emergencies
- random drug testing and treatment
- mental health evaluation and treatment
- pay cost of electronic monitoring
- maintain residence at 221 Justin Avenue, Staten Island, New York

On April 26, 2007, the defendant appeared before Your Honor and pleaded guilty and sentencing is scheduled for February 22, 2008.

On May 22, 2007, Your Honor modified bail allowing the defendant to work.

We are writing to advise Your Honor that the defendant violated his release conditions by testing positive for morphine on December 11, 2007. On December 18, 2007, the defendant admitted to using heroin on several occasions since his break up with his fiancé in November 2007. He informed that the last time he used heroin was on December 15, 2007. He stated that he was not able to cope with the break up and has been depressed. He was apologetic for his non-compliant behavior. As a result of his heroin use and depression, he will schedule an appointment to see a psychiatrist, Dr. Les Linet, for his substance abuse addiction and his depression.

We are writing to advise Your Honor of the above-noted violation for which Pretrial Services respectfully requests no action be taken. We will continue to monitor the defendant's compliance with his release conditions and will promptly report any noncompliant behavior. AUSA Elizabeth Geddes and defense counsel John Murphy have been advised of the above.

Should Your Honor require any additional information, please feel free to contact Officer Anna Lee at 718-613-2501

Prepared by: _____ Approved by: _____
Anna Lee                     Andrew Pozeller
U.S. Pretrial Services Officer   Supervising Pretrial Services Officer

cc: Defense Counsel John Murphy
AUSA Elizabeth Geddes

*The Court is to be notified immediately if A disobeys any further conditions. Inform that he will be rearrested. S.L.T.*